# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUSTIN P. LIGGITT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 10-1024 |
| v. | ) | |
| | ) | Judge Bloch |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Magistrate Judge Bissoon |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On December 17, 2010, this case was referred to United States Magistrate Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On May 20, 2011, the magistrate judge issued a Report (Doc. 15) recommending that Defendant's Motion for Summary Judgment (Doc. 12) be granted, and that Plaintiff's Motion for Summary Judgment (Doc. 10) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this ___16th___ day of ___June___, 2011, IT IS HEREBY ORDERED that: Defendant's Motion for Summary Judgment (**Doc. 12**) is **GRANTED**, and Plaintiff's Motion for Summary Judgment (**Doc. 10**) is **DENIED**.

The Report and Recommendation of Magistrate Judge Bissoon dated May 20, 2011 is hereby adopted as the Opinion of the District Court.

          s|Alan N. Bloch
Alan N. Bloch
United States District Judge

cc (via email):

All Counsel of Record